UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Luis Figueroa,<br><br>        Defendant. | Criminal Action No. 14-672  (JMV)<br><br><br><br>**SCHEDULING ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter having come before the Court for a motion hearing on April 1, 2022; and the United States being represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Vera Varshavsky and Naazneen Khan, Assistant U.S. Attorneys, appearing); and the Defendant being represented by Thomas Ambrosio and Lorraine Gauli-Rufo; trial in this matter is scheduled to commence on April 25, 2022,

**IT IS** on this 11th day of April, 2022,

1. The parties shall submit a joint statement of the case on or before April 15, 2022.
2. The parties shall file any *voir dire* requests on or before April 15, 2022.
3. The parties shall file any request to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before April 15, 2022.
4. The parties shall file all requests to charge and a joint proposed verdict sheet on or before

– 2 –

April 15, 2022.

5. Pretrial conference is scheduled for April 19, 2022 at 2:00 pm by video conference.

**SO ORDERED**.

_____
Judge John Michael Vazquez, U.S.D.J.